IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL E. HOOKS | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-272 |
| MARK L. DAVIS, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael E. Hooks, a prisoner confined at the Hardin County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Mark L. Davis, Scott Delacerda, and an unidentified defendant.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

The magistrate judge's recommendation was based on the plaintiff's failure to provide the court with his current address. The plaintiff's copy of the report and recommendation was sent to his last known address at the Hardin County Jail, but the document was returned to the Court with a notation that it was undeliverable as addressed and could not be forwarded.

Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to keep the clerk advised in writing of their current address. Without plaintiff's current mailing address, the Court is unable to contact the plaintiff or proceed with this action. Therefore, the Court finds that the plaintiff's failure to comply the Local Rules warrants dismissal for want of prosecution.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 19) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 26th day of February, 2021.**

Michael J. Truncale
United States District Judge